**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br><br>GENESIS HEALTH VENTURES, INC., et al.,<br><br>Debtors, | Case No.: 00-2692 (PJW)<br>(Jointly Administered) |
| RICHARD HASKELL, et al.,<br><br>Plaintiffs.<br><br>v.<br><br>GOLDMAN, SACHS & CO., et al.,<br><br>Defendants. | Adv. Pro. No.: 04-53375 (PJW) |

**NOTICE OF AGENDA OF MATTER SCHEDULED**
**FOR HEARING ON AUGUST 24, 2010 AT 2:30 P.M.**

MATTER GOING FORWARD:

1. Status Conference

    Related Documents:

    A. Notice of Status Conference [D.I. 238, filed June 22, 2010]

    Response Deadline: N/A.

    Responses Received: N/A.

    Status: Defendant Mellon Bank, N.A. will provide a status update of the adversary proceeding and request a schedule for going forward.

| | |
|---|---|
| Dated: August 20, 2010<br>Wilmington, Delaware | /s/Peter J. Duhig<br>Peter J. Duhig, Esq. (Del. Bar No. 4024)<br>BUCHANAN INGERSOLL & ROONEY P.C.<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 552-4200<br>Facsimile: (302) 552-4295<br><br>Attorneys for Defendant Mellon Bank N.A. |

- and -

| | |
|---|---|
| Steven Russo, Esq.<br>SIVE, PAGET & RIESEL, P.C.<br>460 Park Avenue<br>New York, New York 10022<br>Telephone: (212) 421-2150 | Menachem O. Zelmanovitz, Esq.<br>Robert M. Scannell, Esq.<br>MORGAN, LEWIS & BOCKIUS, LLP<br>101 Park Avenue<br>New York, New York 10178<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6001 |
| Attorneys for Defendant Mellon Bank, N.A. with respect to Plaintiffs Charles L. Grimes, Louis IG Ireland Trust, C. Yvonne Cooke, Jane G. Brown, Serena R. Schwartz and Gordon W. Chaplin | Attorneys for Defendant Mellon Bank, N.A. with respect to all Plaintiffs other than Charles L. Grimes, Louise IG Ireland Trust, C. Yvonne Cooke, Jane G. Brown, Serena R. Schwartz and Gordon W. Chaplin |